356

BEFORE THE THIRD DIVISION

NOVEMBER 1, 1961

No. 66188.—The Johns Hopkins University School of Medicine v. United States, protest 61/3592 (New York).

DONLON, Judge: On trial, counsel for defendant stated:

* * * We ask that it be noted that the entry in issue has not been liquidated, and we move that the protest be dismissed for untimeliness.

However, we also request the Court that it return the papers to the Collector's office for liquidation; and we further request that the notice of liquidation be given to the plaintiff in this instance, and also notice of any refund given for the same. [R. 6.]

The motion is granted. The protest is dismissed as untimely, there having as yet been no liquidation of the entry in issue. The request of defendant is granted. Order will be entered for return of the official papers to the collector, with a direction that he proceed to liquidate the entry under applicable law, and give notice thereof to The Johns Hopkins University School of Medicine, plaintiff herein, and to its attorney of record, Niles, Barton, Yost and Dankmeyer.

OCTOBER 31, 1961

No. 66189.—F. H. Paul & Stein Bros., Inc. v. United States, protests 60/17625, etc.

Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, NOVEMBER 6, 1961

No. 66190.—R. J. Saunders & Co., Inc. v. United States, protest 61/7031 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.